# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>v.<br><br>FRANCISCO GUEVARA-ARMENTA,<br><br>                          Defendant. | Case No.: 19CR4339-JAH<br><br>**ORDER GRANTING MOTION TO DISMISS INFORMATION (Doc. No. 34)** |

Upon motion of the United States of America and good cause appearing, IT IS HEREBY ORDERED that: (1) the INFORMATION in the above-entitled case be dismissed without prejudice.

**IT IS SO ORDERED.**

DATED: October 16, 2020

_____
JOHN A. HOUSTON
UNITED STATES DISTRICT JUDGE